ACCEPTED
06-14-00099-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/16/2015 10:12:22 AM
DEBBIE AUTREY
CLERK

No. 06-14-00099-CV
_____

**IN THE COURT OF APPEALS**
**FOR THE SIXTH DISTRICT OF TEXAS AT TEXARKANA**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/16/2015 10:12:22 AM
DEBBIE AUTREY
Clerk

_____

**RICHARD PARKER**

**Appellant**

**v.**

**JOANN PARKER NEAL**

**Appellee**

_____

**On Appeal from the 276th District Court of Camp County**
**Robert Rolston, Judge Presiding**

_____

**AGREED MOTION TO ISSUE MANDATE**

_____

On June 30, 2015, this Court issued its opinion and judgment in this case, affirming the trial court's judgment which determined that Nobie Parker's 2006 will (which named Appellant Richard Parker as the only beneficiary) was invalid. *See* Opinion at p. 1. As noted in the Court's opinion, Nobie's 2003 will divided her estate equally among her children, including Appellant Richard Parker and Appellee JoAnn Parker Neal. *See* Opinion at p. 1 n.1.

Now that the Court has issued its opinion regarding the 2006 will, Richard and

**AGREED MOTION TO ISSUE MANDATE**                                    **Page 1**

JoAnn are ready to return to the trial court regarding probate of the 2003 will. As such, pursuant to Texas Rule of Appellate Procedure 18.1(c), Richard and JoAnn agree to issuance of the mandate at the Court's earliest convenience.

WHEREFORE, PREMISES CONSIDERED, Appellee JoAnn Parker Neal prays that this Court enter an order granting her Agreed Motion for Issuance of Mandate and that the Court issue its mandate at the Court's earliest convenience.

Respectfully submitted,

/s/ Chad M. Ruback
Chad M. Ruback
State Bar No. 90001244
The Ruback Law Firm
8117 Preston Road
Suite 300
Dallas, Texas 75225
(214) 522-4243
(214) 522-2191 facsimile
chad@appeal.pro

### CERTIFICATE OF CONFERENCE

On July 16, 2015, I conferred with Tom S. McCorkle, counsel for Appellant Richard Parker, and he agrees to the relief sought in this motion.

/s/ Chad M. Ruback
Chad M. Ruback

## CERTIFICATE OF SERVICE

On July 16, 2015, I served a copy of this document to the following counsel for Appellant Richard Parker:

Tom S. McCorkle
403 W. Tyler Street
Gilmer, Texas 75644

/s/ Chad M. Ruback
Chad M. Ruback